**Motion GRANTED.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00262-2 |
| | ) | Judge ~~Haynes~~ Trauger |
| DANIEL HUDGINS | ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Assistant U.S. Attorney, and respectfully requests the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment against defendant Daniel Hudgins. In support of this motion, the government submits that Mr. Hudgins is now deceased as evidenced by the attached death certificate.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151