Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:10-CR-00262-3 |
| | ] Judge Trauger |
| CHRISTOPHER SHANE NICHOLS | ] |

### MR. NICHOLS' MOTION TO REMAIN AT OXFORD HOUSE RATHER THAN BEING TRANSFERRED TO DEARSON CHARITIES

**Comes now** Defendant, **Christopher Nichols**, by and through counsel and hereby moves this Honorable Court to order that Mr. Nichols may remain at his current halfway house placement, Oxford House, rather than transferring to the halfway house run by Dearson Charities. In support of this motion, the defendant submits as follows:

On September 10, 2012, Mr. Nichols was sentenced in connection with his involvement in the above referenced case (Docket No. 255). Mr. Nichols was sentenced to time-served followed by five years of supervised release with the special condition that he spend up to twelve months in a halfway house (Docket No. 256).

Upon release, Mr. Nichols was placed on a waiting list for the Bureau of Prisons halfway house, Dearson Charities. Mr. Nichols has been advised that a bed is available for him on November 15, 2012 at the Dearson Charities halfway house. Shortly after his release, Mr. Nichols began staying at Oxford house, a sober, living facility located in East Nashville. Mr. Nichols has been doing well at Oxford House; he is passing drug screens, reporting to the U.S. Probation Office (Officer Paul Montgomery) and working. Mr. Nichols has adjusted to his life at Oxford House and is settled in there. Mr. Nichols