UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:10-00262 |
| | ) | JUDGE TRAUGER |
| | ) | |
| ROBERT KERRY PICKLE | ) | |

**AGREED ORDER OF RESTITUTION**

COMES now the parties in the above captioned matter, by and through Assistant United States Attorney Philip H. Wehby, and Dumaka Shabazz, attorney for the defendant, as evidenced by signatures below, hereby agree that the restitution amount owed in this matter is $8,263.00, payable to First State Bank, 117 Raymond Hirsh Parkway, White House, Tennessee. The parties further agree that the defendant is jointly and severally liable for the stated amount.

It is so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/ Philip H. Wehby*

_____
PHILIP H. WEHBY
Assistant United States Attorney


*s/ Dumaka Shabazz*

_____
DUMAKA SHABAZZ
Attorney for the Defendant